THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Robert Prioleau, Appellant.
 
 
 

Appeal From Richland County
James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-036
Submitted January 3, 2006  Filed January 13, 2006 v

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; and Solicitor Warren B. Giese, all of Columbia; for Respondent.  
 
 
 

PER CURIAM:  Robert Prioleau appeals his conviction and sentence of ten years for assault and battery of a high and aggravated nature.  Counsel for Prioleau attached to the final brief a petition to be relieved as counsel.  Prioleau did not file a separate pro se response.
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Prioleaus appeal and grant counsels petition to be relieved.[1] 
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]   We decide this case without oral argument pursuant to Rule 215, SCACR.